

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2020

No. 04-20-00056-CR

David Anthony **AGUILAR,** Jr.,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1185
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

The reporter's record in this case was originally due on February 18, 2020, and on February 25, 2020, this court notified the court reporter by letter that the record was late. On March 6, 2020, the court reporter filed a notice of late record requesting a seventy-three-day extension of time to file the record until May 1, 2020. The request is GRANTED. It is therefore ORDERED that the court reporter file the reporter's record no later than May 1, 2020. **No further requests for extension of time to file the reporter's record will be granted.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court